

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2019

No. 04-17-00826-CR

James **STRIBLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR08935
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Sitting:    Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

The panel has considered the Appellant's Motion for Rehearing and the motion is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court